UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GERARDO DOMINGUEZ JAIMES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM Secretary, U.S. Department of ) <br> Homeland Security, *et al.*, ) <br> ) <br> Respondents. ) | No. 2:26-cv-00122-JRS-MG |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

The petitioner's unopposed motion to withdraw his petition, dkt. [9], is **granted**. This action is **dismissed without prejudice** pursuant to the petitioner's motion and Federal Rule of Civil Procedure Rule 41(a)(2). The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 3/7/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

William A Quiceno
Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.
williamq@klc-ltd.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov